[No. 73108-4-I.   Division One.   April 25, 2016.]

GREGORY H. KIRSCH, *Appellant*, v. CRANBERRY FINANCIAL, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 12-2-00142-8, Charles R. Snyder, J., entered January 16, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Dwyer, JJ.

[No. 73163-7-I.   Division One.   April 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LORENZO STEWART, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02655-9, Monica J. Benton, J., entered February 27, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Trickey, A.C.J., and Spearman, J.

[No. 73203-0-I.   Division One.   April 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHON ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02086-1, Brian D. Gain, J., entered February 27, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Trickey, A.C.J., and Leach, J.

[No. 73240-4-I.   Division One.   April 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. GLEN EARL SIMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-04291-1, Veronica Alicea Galván, J., entered March 12, 2015. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Verellen, C.J., and Spearman, J.